In the Matter of the Will of MARCUS BRUCKHEIMER, Deceased.

RUTH B. OPPENHEIMER, Appellant; MILTON BRUCKHEIMER et al., Respondents.

Submitted April 3, 1944; decided April 13, 1944.

*Walter M. Weis* and *Seymour J. Wilner* for motion.
*Bradford Butler* and *Morris Metz* opposed.

Motion denied, with ten dollars costs and necessary printing disbursements on the ground that the appellant may appeal as of right.